IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JEFFERY BOYER,                :

    Plaintiff,              :

                                      Case No. 3:14cv00256

vs.                          :

                                      District Judge Walter Herbert Rice

CAROLYN W. COLVIN,           :    Chief Magistrate Judge Sharon L. Ovington
Acting Commissioner of the Social
Security Administration,      :

    Defendant.              :

---

## DECISION AND ENTRY

---

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #6), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on October 21, 2014 (Doc. #6) is adopted in full;

2. The parties' Joint Motion for Remand (Doc. #5) is GRANTED;

3. The Clerk of Court is directed to enter Judgment in favor of Plaintiff and against Defendant reversing Defendant's final decision and remanding this matter to the Social Security Administration pursuant to sentence four of 42

U.S.C. §405(g) for further proceedings consistent with an Order adopting this Report and Recommendations; and

4. The case is terminated on the docket of this Court.

_____
Walter Herbert Rice
United States District Judge